**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JOHN K. REED,

                        Petitioner,

    -against-

RMBS REO HOLDINGS, LLC,

                        Respondent.

------------------------------------- x

20 Civ. 5891 (GBD)

ORDER OF SERVICE

GEORGE B. DANIELS, United States District Judge:

    Petitioner brings this *pro se* action, for which the filing fee has been paid, seeking to enforce an arbitration award.

    The Clerk of Court is directed to issue a summons as to Respondent RMBS REO Holdings, LLC. Petitioner is directed to serve the summons and complaint on Respondent within 90 days of the issuance of the summons. If within those 90 days, Petitioner has not either served Respondent or requested an extension of time to do so, the Court may dismiss the claims against Respondent under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov.

## CONCLUSION

The Clerk of Court is directed to issue a summons as to Respondent RMBS REO Holdings, LLC. The Clerk of Court is further directed to mail to Petitioner this order, the summons, and an information package, and note service on the docket.

SO ORDERED.

Dated: New York, New York
      August 3, 2020

SO ORDERED.

*George B. Daniels*
JORGE B. DANIELS
United States District Judge