UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN K. REED,<br><br>        Plaintiff,<br><br> -v-<br><br>RMBS REO HOLDINGS, LLC,<br><br>        Defendant. | CIVIL ACTION NO.: 20 Civ. 5891 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

  Petitioner John K. Reed brings this pro se action seeking to enforce an arbitration award. (See ECF No. 1). The deadline to serve Respondent, Rmbs Reo Holdings, LLC., is Wednesday, October 21, 2020. Fed. R. Civ. P. 4(m).

  Petitioner described his attempts to serve Respondent in his affirmation dated September 29, 2020. (ECF No. 13). Petitioner represents that he engaged a process server in his state of residence, California, and that the process server served Respondent – by certified mail – on August 3, 2020, with a copy of the summons and complaint. (ECF No. 13 at 2–3). An affidavit of proof of service signed by the process server and dated August 3, 2020 bears the certified mail receipt number. (ECF No. 13 at 62).

  The Court acknowledges Petitioner's attempt to effect service. However, the purported service of a New York corporation by mail was invalid. See Fed. R. Civ. P. 4(h)(1) (requirements for service on a corporation in the United States). In light of Petitioner's pro se status, and his prior attempt to effect service through a retained process server, the Court extends the deadline to serve Respondent Rmbs Reo Holdings, LLC., by sixty days, until **Monday, December 21, 2020**.

The Court notes that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers.  The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of or run by the Court and it cannot accept filings on behalf of the Court.  The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse.  **As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings.  Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone.  If you need the assistance of the clinic, please call 212-659-6190 and leave a message, including your telephone number, and someone will get back to you as soon as possible.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Reed at the address below.

Dated:     New York, New York
             October 7, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

Mail to:     John K. Reed
              1611 Olive Street
              Santa Barbara, CA 93101