UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN K. REED,

                Petitioner,

-v-

                CIVIL ACTION NO.: 20 Civ. 5891 (GBD) (SLC)

RMBS REO HOLDINGS, LLC,

                **ORDER**

                Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

      On January 14, 2021, Respondent RMBS REO Holdings, LLC ("RMBS REO") filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and to vacate the arbitration award pursuant to 9 U.S.C. § 10(a) (the "Motion") (ECF Nos. 18–19)). RMBS REO also filed a certificate of service certifying that the Motion was served by first class mail on pro se Petitioner John K. Reed. (ECF No. 20).

      Although three months have passed, Mr. Reed has not filed an opposition to the Motion. By letter dated February 1, 2021, Mr. Reed requested "a copy of all the records filed for [this] case[]" (ECF No. 21), although administrative staff at the Southern District courthouse spoke to Mr. Reed on February 10, 2021, and were "advised to cancel request for documents." (Minute entry Feb. 10, 2021).

      Accordingly, by **Wednesday, May 12, 2021**, Mr. Reed shall file his opposition to the Motion. If Mr. Reed fails to file an opposition or otherwise address this Order by that date, the Motion will be deemed unopposed.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Reed at the address below.

Dated: New York, New York
April 27, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail to: John K. Reed
1611 Olive Street
Santa Barbara, CA 93101