UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN K. REED,

                      Petitioner,

  -v-

RMBS REO HOLDINGS, LLC,

                      Respondent.

CIVIL ACTION NO.: 20 Civ. 5891 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 10, 2021, the Court extended Mr. Reed's deadline to file an opposition to Respondent's Motion to Dismiss "**one final time**," until May 24, 2021 (the "Final Briefing Schedule"). (ECF No. 25) (emphasis in original quoted text). By letter dated May 13, 2021 ("Mr. Reed's Letter"), Mr. Reed asserts arguments in opposition to the Motion to Dismiss, but also seeks a further extension of this deadline. (ECF No. 27). The relief requested in Mr. Reed's Letter is DENIED. The Court construes Mr. Reed's Letter as his opposition to the Motion to Dismiss. In accordance with Final Briefing Schedule, Respondent's reply, if any, shall be due by **Tuesday, June 1, 2021**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Reed at the address below.

Dated:     New York, New York
            May 19, 2021

                                                                     SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:	Mr. John K. Reed
	1611 Olive Street
	Santa Barbara, CA 93101