**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN K. REED,

                Plaintiff,                              20 **CIVIL** 5891 (GBD)(SLC)

      -against-                                  **JUDGMENT**

RMBS REO Holdings, LLC,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 30, 2021, Magistrate Judge Cave's Report is ADOPTED. Defendants' motion to dismiss the Petition is GRANTED. Plaintiff's motion for leave to amend the petition is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2021

                                                            **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                **BY:**           *K. Mango*
                                                              **Deputy Clerk**